IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40376
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

PEDRO SANCHEZ-ALBA,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-303-1
- - - - - - - - - -
December 10, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Pedro Sanchez-Alba (Sanchez) has moved for leave to withdraw and filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Sanchez has not responded to this motion. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. See 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.